In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-038 CV


____________________



LYNN E. OWENS, Appellant



V.



JOHN D. OWENS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 01-03-01357-CV






 MEMORANDUM OPINION


 The appellant, Lynn E. Owens, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.

 __________________________

 HOLLIS HORTON

 Justice



Opinion Delivered March 20, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.